# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** David Solomont     **Case Number:** 10-12128     **Ch:** 11

**Matter:**
    #16 Amended Motion filed by Assistant U.S. Trustee John Fitzgerald to Convert Case to Chapter 7. (P. Bachtell)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____ Granted _____ Denied _____ Approved _____ Sustained

_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled

_____ OSC enforced/released

_____ Continued to:_____ For:_____

_____ Formal order/stipulation to be submitted by: _____ Date due:_____

_____ Findings and conclusions dictated at close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due_____ From_____

               Response(s) due_____ From_____

_____ Fees allowed in the amount of: $_____ Expenses of: $_____

_____ No appearance/response by:_____

_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Case is dismissed.

IT IS SO NOTED:       IT IS SO ORDERED:

      /s/ William C. Hillman

_____       _____ Dated: 03/25/2010

Courtroom Deputy       William C. Hillman, U.S. Bankruptcy Judge